

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-25-2012

# In Re Philadelphia Newspapers

Precedential or Non-Precedential: Precedential

Docket No. 11-3257

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re Philadelphia Newspapers " (2012). *2012 Decisions.* Paper 222.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/222

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

─────────────

No. 11-3257

─────────────

In Re:  PHILADELPHIA NEWSPAPERS, LLC, et al.

Debtors

Vahan H. Gureghian, Danielle Gureghian, and
Charter School Management, Inc.,

Appellants

─────────────

Appeal from the United States District Court
for the Eastern  District of Pennsylvania
(D.C. Civil Action No. 2-10-cv-07098)
District Judge: Honorable Eduardo C. Robreno

─────────────

Argued May 23, 2012

Before: AMBRO, FUENTES and HARDIMAN, <u>Circuit Judges</u>

(Opinion filed July 26, 2012)

## <u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>

AMBRO, <u>Circuit Judge</u>

IT IS NOW ORDERED that the published Opinion in the above case filed July 26, 2012, be amended as follows:

On page 11, footnote 10, penultimate line, delete  ”).  He stated: “, and put in its place “. . . ”.  Insert a close-parenthesis after “ends.”.  Finally, delete “*Id.*”  The

phrase will read:  "which sat as an appellate court in this case. . . . [P]lenary review would better serve these ends.")


By the Court,


/s/ Thomas L. Ambro, Circuit Judge

Dated:          October 25, 2012
MB/cc:          David A. Barnes, Esq.
                Edmond M. George, Esq.
                Sunish Gulati, Esq.
                Abid Qureshi, Esq.